**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DWAYNE MOGENSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | NO. CV 16-5291-PSG (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the complaint, the records on file, and the attached Final Report and Recommendation of United States Magistrate Judge. After having made a de novo determination of the portions of the initial Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED that:** (1) the Final Report and Recommendation is approved and adopted as the Findings of Fact and Conclusions of Law herein; (2) the decision of the Administrative Law Judge is

affirmed; and (3) Judgment shall be entered in favor of Defendant.

**IT IS FURTHER ORDERED that** the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment on counsel for Plaintiff and on the United States Attorney for the Central District of California.

DATED: September 28, 2017

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE