# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MOGENSEN, | ) NO. CV 16-5291-PSG (AS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendant.

DATED: September 28, 2017

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE